UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **BENJAMIN FOX** | **CASE NO. 2:18-CV-00502** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **NU LINE TRANSPORT L L C ET AL** | **MAGISTRATE JUDGE KAY** |

**MEMORANDUM ORDER**

Before the Court is a "Motion to Certify Judgment for Immediate Appeal" (Doc. 114) wherein, Defendant, Nu Line Transport, LLC, ("Nu Line") moves the Court to certify its July 31, 2020 Judgment[1] as appealable pursuant Rule 28 U.S.C. § 1292(b) of the Federal Rules of Civil Procedure. Nu Line argues that this Court's ruling which vacated a prior Memorandum Ruling and Judgment[2] is immediately appealable because it involves a controlling question of law as to which there is substantial ground for difference of opinion, and an immediate appeal may materially advance the ultimate termination of the litigation. The Court agrees. Accordingly,

**IT IS ORDERED** that the motion is hereby **GRANTED;** a separate Amended Judgment will be forthcoming.

**THUS DONE AND SIGNED** in Chambers on this 20th day of October, 2020.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**

---

[1] Doc. 113.
[2] Docs. 37 and 38.